| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | Mark C. Dosker (CA Bar # 114789) |
| 2 | Michael W. Kelly (CA Bar # 214038) |
| | Joseph A. Meckes (CA Bar # 190279) |
| 3 | Angela N. O'Rourke (CA Bar # 211912) |
| | Michelle M. Full (CA Bar # 240973) |
| 4 | One Maritime Plaza, Third Floor |
| | San Francisco, CA  94111-3492 |
| 5 | Telephone:    +1.415.954.0200 |
| | Facsimile:    +1.415.393.9887 |
| 6 | |
| 7 | Attorneys for Petitioner |
| | CINTAS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| IN RE: | Lead Case No. M:06-cv-01781-SBA |
| CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION | **PROOF OF SERVICE** |
| | E-FILING |
| | Date:       December 12, 2006 |
| | Fime:       1:00 p.m. |
| | Courtroom:  3 |

# PROOF OF SERVICE

I, JOHNETTE P. SMITH, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On October 20, 2006, I served the document(s) described as:

- NOTICE OF MOTION AND MOTION BY PETITIONER CINTAS CORPORATION FOR ORDERS ESTABLISHING THAT: (1) THE MAKING OF EACH ARBITRATION AGREEMENT AS BETWEEN CINTAS AND EACH RESPONDENT IS NOT IN ISSUE; AND (2) THE FAILURE OF EACH RESPONDENT TO COMPLY WITH HIS OR HER ARBITRATION AGREEMENT IS NOT IN ISSUE; AND (3) WITH THE FOREGOING ESTABLISHED THERE ARE NO FURTHER PRETRIAL PROCEEDINGS TO BE HELD AND AS SUCH, UNDER JPML RULE 7.6(c)(ii) THE MDL TRANSFEREE JUDGE SUGGESTS TO THE JPML THAT EACH PETITION PROCEEDING BE RETURNED TO THE DISTRICT COURT WHERE IT WAS FILED FOR ENTRY BY EACH TRANSFEROR DISTRICT COURT OF AN ORDER COMPELLING ARBITRATION IN THAT DISTRICT OF SUCH RESPONDENTS' CLAIMS; MEMORANDUM IN SUPPORT THEREOF;

- REQUEST FOR JUDICIAL NOTICE BY PETITIONER CINTAS CORPORATION IN SUPPORT OF MOTION FOR ORDERS ESTABLISHING THAT: (1) THE MAKING OF EACH ARBITRATION AGREEMENT AS BETWEEN CINTAS AND EACH RESPONDENT IS NOT IN ISSUE; AND (2) THE FAILURE OF EACH RESPONDENT TO COMPLY WITH HIS OR HER ARBITRATION AGREEMENT IS NOT IN ISSUE; AND (3) WITH THE FOREGOING ESTABLISHED THERE ARE NO FURTHER PRETRIAL PROCEEDINGS TO BE HELD AND AS SUCH, UNDER JPML RULE 7.6(c)(ii) THE MDL TRANSFEREE JUDGE SUGGESTS TO THE JPML THAT EACH PETITION PROCEEDING BE RETURNED TO THE DISTRICT COURT WHERE IT WAS FILED FOR ENTRY BY EACH TRANSFEROR DISTRICT COURT OF AN ORDER COMPELLING ARBITRATION IN THAT DISTRICT OF SUCH RESPONDENTS' CLAIMS;

- DECLARATION OF MARK C. DOSKER IN SUPPORT OF MOTION BY PETITIONER CINTAS CORPORATION FOR ORDERS, etc;

- DECLARATION OF JOHNETTE P. SMITH IN SUPPORT OF MOTION BY PETITIONER CINTAS CORPORATION FOR ORDERS, etc.;

- SUBMISSION OF PROPOSED ORDER GRANTING MOTION BY PETITIONER CINTAS CORPORATION etc.

☒ Via United States District Court Electronic Filing Service on the party(ies) as set forth below.

>Steven W. Pepich
>James A. Caputo
>Lerach Coughlin et al.
>655 W. Broadway, Suite 1900
>San Diego, CA  92101
>Facsimile:  (619) 231-7423

---

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

**PROOF OF SERVICE**
**Lead Case No. M:06-cv-01781-SBA**
SANFRANCISCO/198453.1                 - 1 -

☒ **By U.S. Mail.** By placing the document(s) listed above in a sealed envelope addressed as set forth below. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Theresa M. Traber | Michael Rubin |
| Traber & Voorhees | Altshuler Berzon Nussbaum |
| 128 N. Fair Oaks Ave., Suite 204 | 177 Post Street, Suite 300 |
| Pasadena, CA  91103 | San Francisco, CA  94108 |
| Facsimile:  (626) 577-7079 | Facsimile:  (415) 362-8064 |

Executed on October 20, 2006, at San Francisco, California. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

          Johnette P. Smith                              /s/

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

**PROOF OF SERVICE**
**Lead Case No. M:06-cv-01781-SBA**
SANFRANCISCO/198453.1                - 2 -