FILED
JAN 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CINTAS CORP. OVERTIME PAY ARBITRATION LITigATION | No. C 06-1781 SBA |
| | **ORDER** |

On January 17, 2007, Respondents in the above-captioned case filed a motion to certify the Court's suggestion of remand Order for interlocutory appeal, or in the alternative for leave to seek reconsideration, and to stay the Order. Respondents also filed a motion to shorten time on this motion.

On January 18, 2007, Cintas submitted a letter notifying the Court of its intent to file an opposition to Respondents' motion to shorten time, pursuant to Civil Local Rule 6-3(c).

IT IS HEREBY ORDERED THAT Cintas shall file its opposition to Respondents' motion to shorten time on or before January 19, 2007.

IT IS SO ORDERED.

Dated: 1-18-07

SAUNDRA BROWN ARMSTRONG
United States District Judge