IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION
_____/

No. C 06-1781 SBA

**ORDER**

On January 17, 2007, Respondents in the above-captioned case filed a motion to certify the Court's suggestion of remand Order for interlocutory appeal, or in the alternative for leave to seek reconsideration, and to stay the Order. Respondents also filed a motion to shorten time on this motion. On January 19, 2007, Cintas filed an opposition to Respondents' motion to shorten time.

Because Respondents can file a notice of opposition to remand with the Judicial Panel on Multidistrict Litigation pursuant to Rule 7.6(f) of the Rules of the Judicial Panel on Multidistrict Litigation, IT IS HEREBY ORDERED THAT Respondents' motion to shorten time is DENIED.

IT IS FURTHER ORDERED THAT Respondents' motion to certify for interlocutory appeal or to seek reconsideration and to stay shall be heard on **April 3, 2007 at 1:00 p.m**. Cintas' opposition brief shall be filed on or before March 8, 2007, and Respondents' reply brief, if any, shall be filed on or before March 13, 2007.

The Court may, in its discretion, adjudicate the application without a hearing, in which case the Clerk will notify the parties that no appearance is necessary.

IT IS SO ORDERED.

Dated: 2/9/07

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge