**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

IN RE CINTAS CORPORATION OVERTIME PAY ARBITRATION LITIGATION

MDL No. 06-1781 SBA

**ORDER**

---

That portion of the respondents' motion [Docket No. 30] requesting the Court to correct an error in the Court's January 12, 2007 order [Docket No. 26] is GRANTED. An Amended Suggestion of Remand Order has been issued on April 10, 2007, reflecting this correction on page nine, lines seventeen through nineteen.

IT IS SO ORDERED.

April 10, 2007

Saundra Brown Armstrong
United States District Judge