**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| IN RE CINTAS CORPORATION OVERTIME PAY ARBITRATION LITIGATION | MDL No. 06-1781 SBA<br><br>**SUGGESTION OF STAY PENDING APPEAL** |

On April 24, 2007, this Court granted the respondents' motion for an interlocutory appeal pursuant to 28 U.S.C. § 1292(b) of this Court's suggestion to remand the 70 actions back to the originator courts [Docket Nos. 26, 52 (Orders dated April 11, 2007, and January 12, 2007)]. Consequently, remand should be stayed pending a decision by the Ninth Circuit Court of Appeals, and further order of this Court subsequent to appellate resolution.

May 2, 2007

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge